# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| MOHAMMAD AMIN OSMAN ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Action No. 1:19-cv-955-RDA-IDD |
| ) | |
| SARAH TAYLOR, District Director ) | |
| Washington District Office ) | |
| U.S. Citizenship and Immigration Services, ) | |
| et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

## AGREED ORDER

In this action, petitioner Mohammad Amin Osman asks this Court to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his application for naturalization, or, in the alternative, to *itself* adjudicate Petitioner's application for naturalization. Petitioner has filed his petition in this Court under 8 U.S.C. § 1447(b), which authorizes judicial review of a naturalization application (or remand to USCIS with instructions) after the application has been pending for 120 days after the date on which the agency conducts its examination of the application. *See* 8 U.S.C. § 1447(b). Once a lawsuit under § 1447(b) has been filed in district court, USCIS can no longer adjudicate a naturalization application unless the district court, under the express authority of 8 U.S.C. § 1447(b), remands the application to the agency. *Etape v. Chertoff*, 497 F.3d 379, 383 (4th Cir. 2007).

USCIS has represented to petitioner's counsel that it will adjudicate petitioner's pending naturalization application within 30 days of a remand to the agency under 8 U.S.C. § 1447(b). In light of this representation, and the fact that the "vast majority of courts that have exercised

jurisdiction over a case pursuant to § 1447(b) have remanded the matter back to CIS," *see, e.g.*, *Roberts v. Holder*, No. 11-1941, 2012 WL 2563880, at *2 (D. Md. June 29, 2012), the parties respectfully jointly request that this Court remand the matter to USCIS for the adjudication of petitioner's naturalization application within 30 days of remand.

Accordingly, for good cause shown, it is hereby

ORDERED that, pursuant to 8 U.S.C. § 1447(b), this case is remanded to U.S. Citizenship and Immigration Services to adjudicate Petitioner Mohammad Amin Osman's application for naturalization within thirty (30) days of the date of this order; and it is further

ORDERED that each party shall bear its own costs and fees incurred to date.

Date: September 16, 2019

UNITED STATES DISTRICT JUDGE

/s/
Rossie D. Alston, Jr.
United States District Judge

WE ASK FOR THIS:

*Rebecca Levenson for S. Alexander Miller*
S. ALEXANDER MILLER
VA Bar #78831
3300 N. Fairfax Drive
Suite 201
Arlington, VA 22201
Phone: (202) 810-3005
Fax: (202) 888-3090
Email: alex@millerlawdc.com


Date: September 11, 2019

*Counsel for Plaintiff*


G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

*Rebecca Levenson*
By: REBECCA S. LEVENSON
    Assistant U.S. Attorney
    Office of the United States Attorney
    Justin W. Williams U.S. Attorney's Building
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Telephone: (703) 299-3760
    Fax:     (703) 299-3983
    Email: rebecca.s.levenson@usdoj.gov

Date: September 11, 2019

*Counsel for Defendant*